## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOANNE G. MURPHY, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>INSULET CORPORATION, DUANE DESISTO, PATRICK J. SULLIVAN, ALLISON DORVAL, and BRIAN ROBERTS,<br><br>　　　　　　　Defendants. | Case No. 1:15-cv-11782-JCB |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), with no defendant having filed an answer or motion for summary judgment, Plaintiff Joanne G. Murphy ("Plaintiff") hereby voluntarily dismisses this action without prejudice as to Plaintiff only.

DATED:  July 2, 2015　　　　　　　　**BLOCK & LEVITON LLP**

　　　　　　　　　　　　　　　　　　 /s/ Mark A. Delaney_____
　　　　　　　　　　　　　　　　　　Mark A. Delaney (BBO #652194)
　　　　　　　　　　　　　　　　　　Jason M. Leviton (BBO #678331)
　　　　　　　　　　　　　　　　　　155 Federal Street, Suite 400
　　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　　Telephone:  (617) 398-5600
　　　　　　　　　　　　　　　　　　Facsimile:  (617) 507-6020
　　　　　　　　　　　　　　　　　　Jason@blockesq.com
　　　　　　　　　　　　　　　　　　Mark@blockesq.com

　　　　　　　　　　　　　　　　　　**GLANCY PRONGAY & MURRAY LLP**
　　　　　　　　　　　　　　　　　　Lionel Z. Glancy

Robert V. Prongay
Casey E. Sadler
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone:  (310) 201-9150
Facsimile:   (310) 201-9160

**LAW OFFICES OF HOWARD G. SMITH**
Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem, PA 19020
Telephone: (215) 638-4847
Facsimile: (215) 638-4867

*Attorneys for Plaintiff Joanne G. Murphy*

## CERTIFICATE OF SERVICE

 I hereby certify, this 2nd day of July, that this document was filed through the ECF system and that a true copy will be sent electronically to all parties of record in the above-captioned action.

            /s/ Mark A. Delaney (BBO #652194)
            Mark A. Delaney